

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00771-CV

Kent **HOFFMAN,** Susan Hoffman Binieck, E. Peter Hoffman, Jr. and Marni H. Cooney; Tianpeng Gu, Xiangrui Kong, Yujie Pan, Dan He, LFF Management L.P., Yu Min Chen, Ya Miin Chen, Chi & Xiao Ltd., J. Liu Property, LLC.,
Appellant-s

v.

Andrew M. **THOMSON**, CDG Peeler Family Limited Partnership, Cynthia l. Littlefield, The Dick Family Irrevocable Trust, Gordon G. Thomson, Jane Elizabeth Erzen, Larry Wayne Mccarty, Linda M. Ball, Michael David Dick, et al.,
Appellee-s

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

A copy of the notice of appeal by appellants Tianpeng Gu and Xiangrui Kong as Trustees of the Tianpeng Gu and Xiangrui Kong Living Trust, Tianpeng Gu, Individually, Xiangrui Kong, Individually, Yujie Pan, Dan He as Trustee of the Dan He Living Trust, LFF Management L.P., Yu Min Chen, Ya Miin Chen, Chi & Xiao Ltd., and J. Liu Property, LLC was filed in this court on November 5, 2019. On that date, the clerk of the court notified the appellants in writing that our records do not reflect that the filing fee in the amount of $205.00 was paid and that the fee was required to be paid or their portion of the appeal could be stricken by the court. To date, the fee has not been paid. In addition, the appellants' docketing statement has not been filed. Our record contains no evidence that appellants are excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1.

Accordingly, it is ORDERED that appellants show cause in writing **within ten (10) days** of the date of this order that either: (1) the $205.00 filing fee has been paid and the docketing statement has been filed; or (2) appellants are entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellants fail to respond within the time provided, their portion of the appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

Liza A. Rodriguez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court